UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br> v.<br><br>CFP 30 EAST SANTA CLARA, LLC, et al.,<br><br>    Defendants. | Case No. 20-cv-06800-SVK<br><br>**ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE**<br><br>Re: Dkt. No. 11 |

   Plaintiff has filed a motion seeking an additional 90 days to complete service of the summons and complaint. Dkt. 11. Plaintiff's request is untimely because service was due within 60 days of filing of this action, and Plaintiff did not file a request for an extension prior to the expiration of that period, as required under General Order 56 § 1. The complaint is therefore subject to dismissal. However, the Court notes Plaintiff's diligent efforts to complete service, as well as a vague reference in the declaration of Plaintiff's counsel to new information that she expects to enable her to complete service shortly. *See* Dkt. 11-1 ¶ 7. Taking counsel at her word that there is in fact new information, the Court finds that an extension of time to complete service is warranted, although Plaintiff's request for an additional 90 days is overreaching.

   Accordingly, the Court **GRANTS** Plaintiff an additional **45 days from the date of this order to complete service**. No further untimely requests for extensions will be granted, and without a further showing of good cause no further extensions of any kind will be granted.

   **SO ORDERED.**

Dated: December 4, 2020

                            SUSAN VAN KEULEN<br>                            United States Magistrate Judge